## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Electrical Workers Health and Welfare
Fund, et al.,

        Plaintiffs,                Civil No. 06-4919 (RHK/RLE)

vs.                             **ORDER**

Polyphase Electric, Inc.,

        Defendant.

      This matter is venued in the Fifth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: December 19, 2006

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge