**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Electrical Workers Health and Welfare Fund, et al., | Civil No. 06-4919 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| v. | |
| Polyphase Electric, Inc., | |
| Defendant. | |

---

Pursuant to the parties' Stipulation, **IT IS ORDERED** that the Complaint, as amended, is **DISMISSED WITH PREJUDICE** and upon the merits, and without costs, disbursements, or fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  March 22, 2007

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge